Proposed Distribution  
Case Number: 09-55638     Page 1 of 2  
Debtor Name: SEBILLE, HEATHER L.     Date: August 3, 2010  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,000.06 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $250.02 | $0.00 | $250.02 | $250.02 | $750.04 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $750.04 |
| Subtotals For Class Administrative 100.00% | | | | $250.02 | $0.00 | $250.02 | $250.02 | |
| 1 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $4,697.39 | $0.00 | $4,697.39 | $105.28 | $644.76 |
| 2 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Sterling Jewelers, Inc. -<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | 300 | $1,276.77 | $0.00 | $1,276.77 | $28.62 | $616.14 |
| 3 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - JC Penney Co<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | 300 | $672.16 | $0.00 | $672.16 | $15.07 | $601.07 |
| 4 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | 300 | $2,067.73 | $0.00 | $2,067.73 | $46.34 | $554.73 |
| 5 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $2,066.14 | $0.00 | $2,066.14 | $46.31 | $508.42 |
| 6 | Huntington National Bank<br>P.O. Box 89424<br>Cleveland, OH 44101 | Unsecured | 300 | $12,886.15 | $0.00 | $12,886.15 | $288.82 | $219.60 |
| 7 | Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | 300 | $271.27 | $0.00 | $271.27 | $6.08 | $213.52 |
| 8 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $123.32 | $0.00 | $123.32 | $2.76 | $210.76 |
| 9 | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | 300 | $5,129.85 | $0.00 | $5,129.85 | $114.98 | $95.78 |
| 10 | C/O Sallie Mae, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | 300 | $2,624.90 | $0.00 | $2,624.90 | $58.83 | $36.95 |
| 11 | C/O Sallie Mae, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | 300 | $1,300.95 | $0.00 | $1,300.95 | $29.16 | $7.79 |
| 12 | OHIO EDISON BANKRUPTCY | Unsecured | 300 | $347.27 | $0.00 | $347.27 | $7.79 | $0.00 |